1032

[No. 14025-3-III. Division Three. January 25, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DALE L. YARWOOD, *Appellant*.

Appeal from a judgment of the Superior Court for Lincoln County, No. 93-1-00053-4, Philip W. Borst, J., entered April 12, 1994. *Affirmed in part* and *reversed in part* by unpublished opinion per Munson, J., concurred in by Schultheis, A.C.J., and Thompson, J.

[No. 18447-8-II. Division Two. January 26, 1996.]

REBECCA ALBRIGHT, ET AL., *Appellants*, v. THE STATE OF WASHINGTON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 93-2-00349-9, James Warme, J., entered October 22, 1993. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton, A.C.J., and Wiggins, J. Pro Tem.

[Nos. 28373-1-I; 28407-0-I. Division One. January 29, 1996.]

THE STATE OF WASHINGTON, *Appellant*, v. JEFFERY CONRAD TYMONY, *Respondent*.

Appeals from a judgment of the Superior Court for King County, No. 90-1-00318-0, LeRoy McCullough, J., entered April 10, 1991. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman and Webster, JJ.

[No. 31709-1-I. Division One. January 29, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. CAMERON D. HOWARD, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 92-1-00117-1, Byron L. Swedberg, J. entered October 7, 1992. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Kennedy, A.C.J., and Agid J.